**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Brandon B Kleven<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–1918 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Karna A Kleven<br>First Name Middle Name Last Name | Social Security number or ITIN: | xxx–xx–0700 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of Minnesota | Date case filed for chapter: | 7 11/17/22 |
| Case number: | 22–60394 – MER | | |

| | | |
|---|---|---|
| **You can receive** court notices and orders by **email** instead of U.S. Mail via these **two options:** | **For creditors:** Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | **For debtors:** Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn** |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| **1.** | **Debtor's full name** | Brandon B Kleven | Karna A Kleven |
| **2.** | **All other names used in the last 8 years** | asf Kleven Consulting LLC, asf Klevens Toolbox LLC | |
| **3.** | **Address** | 16438 TTT Rd<br>Eden Valley, MN 55329 | 16438 TTT Rd<br>Eden Valley, MN 55329 |
| **4.** | **Debtor's attorney**<br>Name and address | Thomas H Olive<br>Thomas H. Olive Law, P.A.<br>5270 W. 84th Street, Suite 300<br>Bloomington, MN 55437 | Contact phone: 952–831–0733<br>Email: tolive@tolivelaw.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Erik Ahlgren<br>Ahlgren Law Office<br>220 W Washington Ave<br>Suite 105<br>Fergus Falls, MN 56537 | Contact phone: 218–998–2775<br>Email: trustee@prtel.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 404 Gerald W. Heaney Federal Building<br>and U.S. Courthouse and Customhouse<br>515 West First Street<br>Duluth, MN 55802 | Hours open: Monday – Friday 8:00AM to 4:30PM<br>Contact phone: (218) 529−3600<br>Web address: www.mnb.uscourts.gov<br><br>Date: 11/17/22 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 22, 2022 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Video/teleconference *ONLY*, contact trustee for direction, see contact details above** |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 2/21/23**<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | | **Certificate of Completion of Financial Management Course due:**<br>Credit Counseling and Debtor Education Information can be found at<br>http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 2/21/23** |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Minnesota

In re: Brandon B Kleven, Karna A Kleven, Debtors — Case No. 22-60394-MER, Chapter 7

# CERTIFICATE OF NOTICE



The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brandon B Kleven, Karna A Kleven, 16438 TTT Rd, Eden Valley, MN 55329-9303 |
| 62895933 | + | 1st National Bank of Cold Springs, 301 Main St, Cold Springs MN 56320-2534 |
| 62895942 | + | Granite Bank, PO Box 416, Cold Springs MN 56320-0416 |
| 62895944 | | Kubota Credit Corp USA, Attn Bankruptcy, PO Box 2048, Grapevine TX 76099 |
| 62895947 | #+ | Magnifi Financial, PO Box 190, St Joseph MN 56374-0190 |
| 62895948 | + | McKenzie Capital, 3390 Mary St Ste 216, Miami FL 33133-5258 |
| 62895953 | | Small Business Administration, Minnesota District Office, 330 Second Ave Ste 430, Minneapolis MN 55401-2224 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: tolive@tolivelaw.com | Nov 17 2022 21:13:00 | Thomas H Olive, Thomas H. Olive Law, P.A., 5270 W. 84th Street, Suite 300, Bloomington, MN 55437 |
| tr | + | EDI: BEAHLGREN.COM | Nov 18 2022 02:13:00 | Erik Ahlgren, Ahlgren Law Office, 220 W Washington Ave, Suite 105, Fergus Falls, MN 56537-2569 |
| smg | + | EDI: MINNDEPREV.COM | Nov 18 2022 02:13:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Nov 17 2022 21:13:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Nov 17 2022 21:13:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 62895934 | + | EDI: GMACFS.COM | Nov 18 2022 02:13:00 | Ally Financial Inc, Attn Bankruptcy, 500 Woodard Ave, Detroit MI 48226-3416 |
| 62895935 | + | EDI: CITICORP.COM | Nov 18 2022 02:13:00 | Best Buy, Centralized Bankruptcy Dept, PO Box 790034, St Louis MO 63179-0034 |
| 62895936 | + | EDI: CAPITALONE.COM | Nov 18 2022 02:13:00 | Capital One, Attn Bankruptcy, PO Box 30285, Salt Lake City UT 84130-0285 |
| 62895937 | + | EDI: CITICORP.COM | Nov 18 2022 02:13:00 | Citibank, Attn Bankruptcy, PO Box 790034, St Louis MO 63179-0034 |
| 62895938 | + | EDI: WFNNB.COM | Nov 18 2022 02:13:00 | Comenity Bank, ATTN Bankruptcy Department, PO Box 182125, Columbus OH 43218-2125 |
| 62895939 | | Email/Text: compliance@contractcallers.com | Nov 17 2022 21:13:00 | Contract Callers Inc, PO Box 2207, Augusta GA 30903-2207 |
| 62895940 | + | EDI: DISCOVER.COM | Nov 18 2022 02:13:00 | Discover Financial, Attn Bankruptcy, PO Box 3025, New Albany OH 43054-3025 |

| | | | | |
|---|---|---|---|---|
| 62895941 | + | Email/Text: Bankruptcy@Freedommortgage.com | Nov 17 2022 21:13:00 | Freedom Mortgage Corporation, Attn Bankruptcy, 907 Pleasant Valley Ave Ste 3, Mt Laurel NJ 08054-1210 |
| 62895943 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 17 2022 21:13:00 | Kohls, Attn Credit Administrator, PO Box 3043, Milwaukee WI 53201-3043 |
| 62895945 | + | EDI: LENDNGCLUB | Nov 18 2022 02:13:00 | LendingClub Bank NA, Attn Bankruptcy, 595 Market St Ste 200, San Francisco CA 94105-2802 |
| 62895946 | | Email/Text: camanagement@mtb.com | Nov 17 2022 21:13:00 | M & T Credit Services, Attn Bankruptcy, PO Box 844, Buffalo NY 14240 |
| 62895949 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 17 2022 21:13:00 | Mercury, Attn Bankruptcy, PO Box 84064, Columbus GA 31908-4064 |
| 62895950 | | Email/Text: Bankruptcy@swiftcapital.com | Nov 17 2022 21:13:00 | Paypal Loanbuilder, 3505 Silverside Rd Ste 200, Wilmington DE 19810 |
| 62895951 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 17 2022 21:13:00 | Santander Consumer USA, Attn Bankruptcy, PO Box 961245, Fort Worth TX 76161-0244 |
| 62895952 | + | EDI: CITICORP.COM | Nov 18 2022 02:13:00 | Sears, Citibank/Centralized Bankruptcy, PO Box 790034, St Louis MO 63179-0034 |
| 62895954 | + | EDI: RMSC.COM | Nov 18 2022 02:13:00 | Synchrony Bank/Care Credit, Attn Bankruptcy Dept, PO Box 965064, Orlando FL 32896-5064 |
| 62895955 | + | EDI: RMSC.COM | Nov 18 2022 02:13:00 | Synchrony Bank/Select Comfort, Attn Bankruptcy Dept, PO Box 965060, Orlando FL 32896-5060 |
| 62895957 | | EDI: USBANKARS.COM | Nov 18 2022 02:13:00 | US Bank, Attn Bankruptcy, PO Box 5229, Cincinnati OH 45201 |
| 62895956 | + | EDI: LCIUPSTART | Nov 18 2022 02:13:00 | Upstart Finance, Attn Bankruptcy, PO Box 1503, San Carlos CA 94070-7503 |
| 62895961 | + | EDI: WFFC.COM | Nov 18 2022 02:13:00 | WF Business Direct, PO Box 348750, Sacramento CA 95834-8750 |
| 62895958 | + | EDI: WFFC2 | Nov 18 2022 02:13:00 | Wells Fargo Card Services, PO Box 10347, Des Moines IA 50306-0347 |
| 62895959 | + | EDI: WFFC2 | Nov 18 2022 02:13:00 | Wells Fargo SBL, PO Box 29482, Phoenix AZ 85038-9482 |
| 62895960 | + | EDI: WFFC2 | Nov 18 2022 02:13:00 | Wells Fargo/Slumberland Furniture, Attn Bankruptcy, PO Box10438 Mac F8235-02f, Des Moines IA 50306-0438 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2022 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Erik Ahlgren | trustee@prtel.com MN23@ecfcbis.com,erik@ahlgrenlawoffice.net |
| Thomas H Olive | on behalf of Debtor 1 Brandon B Kleven tolive@tolivelaw.com renee@tolivelaw.com |
| Thomas H Olive | on behalf of Debtor 2 Karna A Kleven tolive@tolivelaw.com renee@tolivelaw.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4