# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br>BRANDON B KLEVEN<br>KARNA A KLEVEN | CASE NO: 22-60394<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 28 |

On 3/6/2024, I did cause a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) ECF Docket Reference No. 28

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/6/2024

/s/ Erik A Ahlgren
Erik A Ahlgren 191814

Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN 56537
218 998 2775
lisa@ahlgrenlaw.net

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:

BRANDON B KLEVEN
KARNA A KLEVEN

CASE NO: 22-60394

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 28

On 3/6/2024, a copy of the following documents, described below,

Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) ECF Docket Reference No. 28

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/6/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A Ahlgren
Ahlgren Law Office, PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 22-60394
DISTRICT OF MINNESOTA
WED MAR 6 11-45-59 PST 2024

FREEDOM MORTGAGE CORPORATION
25 N DALE ST
ST PAUL MN 55102-2227

SANTANDER CONSUMER USA INC DBA CHRYSLE
CAP
CO STEWART ZLIMEN JUNGERS LTD
2860 PATTON ROAD
ROSEVILLE MN 55113-1100

SYNCHRONY BANK BY AIS INFOSOURCE LP AS
AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

FERGUS FALLS ST PAUL
200 WARREN E BURGER FEDERAL BUILDING
AND
U S COURTHOUSE
316 N ROBERT ST
ST PAUL MN 55101-1495

1ST NATIONAL BANK OF COLD SPRINGS
301 MAIN ST
COLD SPRINGS MN 56320-2534

ALLY BANK
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

ALLY FINANCIAL INC
ATTN BANKRUPTCY
500 WOODARD AVE
DETROIT MI 48226-3416

BEST BUY
CENTRALIZED BANKRUPTCY DEPT
PO BOX 790034
ST LOUIS MO 63179-0034

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE NC 28272-1083

CITIBANK
ATTN BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

CITIBANK NA
5800 S CORPORATE PL
SIOUX FALLS SD 57108-5027

COMENITY BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 182125
COLUMBUS OH 43218-2125

CONTRACT CALLERS INC
PO BOX 2207
AUGUSTA GA 30903-2207

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

FREEDOM MORTGAGE CORPORATION
ATTN BANKRUPTCY
907 PLEASANT VALLEY AVE STE 3
MT LAUREL NJ 08054-1210

GRANITE BANK
PO BOX 416
COLD SPRINGS MN 56320-0416

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KOHLS
ATTN CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE WI 53201-3043

KUBOTA CREDIT CORP USA
ATTN BANKRUPTCY
PO BOX 2048
GRAPEVINE TX 76099

LENDINGCLUB BANK NA
ATTN BANKRUPTCY
595 MARKET ST STE 200
SAN FRANCISCO CA 94105-2802

LENDINGCLUB BANK NA
PO BOX 1931
BURLINGAME CA 94011-1931

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

MAGNIFI FINANCIAL
PO BOX 190
ST JOSEPH MN 56374-0190

MAGNIFI FINANCIAL CREDIT UNION
320 MAIN STREET E
MELROSE MN 56352-1164

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

MCKENZIE CAPITAL
3390 MARY ST STE 216
MIAMI FL 33133-5258

MERCURY
ATTN BANKRUPTCY
PO BOX 84064
COLUMBUS GA 31908-4064

(P)PAYPAL
3505 SILVERSIDE RD
STE 200
WILMINGTON DE 19810-4905

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
MERCURY FINANCIALFIRST BANK TRUST
PO BOX 788
KIRKLAND WA 98083-0788

SANTANDER CONSUMER USA
ATTN BANKRUPTCY
PO BOX 961245
FORT WORTH TX 76161-0244

SEARS
CITIBANKCENTRALIZED BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

SMALL BUSINESS ADMINISTRATION
MINNESOTA DISTRICT OFFICE
330 SECOND AVE STE 430
MINNEAPOLIS MN 55401-2224

SWIFT FINANCIAL LLC AS SERVICING AGENT
FOR W
PO BOX 208703
DALLAS TX 75320-8703

SYNCHRONY BANK
BY AIS INFOSOURCE LP AS AGENT
PO BOX 4457
HOUSTON TX 77210-4457

SYNCHRONY BANKCARE CREDIT
ATTN BANKRUPTCY DEPT
PO BOX 965064
ORLANDO FL 32896-5064

SYNCHRONY BANKSELECT COMFORT
ATTN BANKRUPTCY DEPT
PO BOX 965060
ORLANDO FL 32896-5060

(P)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

~~EXCLUDE~~
~~(D)(P)US BANK~~
~~PO BOX 5229~~
~~CINCINNATI OH 45201-5229~~

~~EXCLUDE~~
~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

UPSTART FINANCE
ATTN BANKRUPTCY
PO BOX 1503
SAN CARLOS CA 94070-7503

UPSTART NETWORK INC
PO BOX 1931
BURLINGAME CA 94011-1931

WF BUSINESS DIRECT
PO BOX 348750
SACRAMENTO CA 95834-8750

WELLS FARGO BANK NA
PO BOX 10438 MAC F823502F
DES MOINES IA 50306-0438

WELLS FARGO BANK NA
SMALL BUSINESS LENDING DIVISION
PO BOX 29482 MAC S4101-08C
PHOENIX AZ 85038-9482

WELLS FARGO BANK NA
WELLS FARGO CARD SERVICES
PO BOX 10438 MAC F8235-02F
DES MOINES IA 50306-0438

WELLS FARGO CARD SERVICES
PO BOX 10347
DES MOINES IA 50306-0347

WELLS FARGO SBL
PO BOX 29482
PHOENIX AZ 85038-9482

WELLS FARGOSLUMBERLAND FURNITURE
ATTN BANKRUPTCY
PO BOX10438 MAC F8235-02F
DES MOINES IA 50306-0438

DEBTOR
BRANDON B KLEVEN
16438 TTT RD
EDEN VALLEY MN 55329-9303

~~EXCLUDE~~
~~ERIK AHLGREN~~
~~AHLGREN LAW OFFICE~~
~~220 W WASHINGTON AVE~~
~~SUITE 105~~
~~FERGUS FALLS MN 56537-2569~~

KARNA A KLEVEN
16438 TTT RD
EDEN VALLEY MN 55329-9303

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

~~EXCLUDE~~

~~THOMAS H OLIVE~~
~~THOMAS H OLIVE LAW, PA~~
~~5270 W 84TH STREET, SUITE 255~~
~~BLOOMINGTON, MN 55437-1376~~