**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**FERGUS FALLS DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 6:22-BK-60394 |
| | § | |
| BRANDON B KLEVEN | § | |
| KARNA A KLEVEN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Erik A. Ahlgren, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned:<br>*(without deducting any secured claims)* | $365,976.42 | Assets Exempt: | $132,396.43 |
| Total Distributions to Claimants: | $4,155.98 | Claims Discharged Without Payment: | $136,705.84 |
| Total Expenses of Administration: | $1,506.02 | | |

3) Total gross receipts of $5,662.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,662.00 from the liquidation of the property of the estate, which was distributed as follows:

| | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $32,168.00 | $33,002.57 | $33,002.57 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,506.02 | $1,506.02 | $1,506.02 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $115,012.00 | $140,861.82 | $140,861.82 | $4,155.98 |
| **Total Disbursements** | $147,180.00 | $175,370.41 | $175,370.41 | $5,662.00 |

4). This case was originally filed under chapter 7 on 11/17/2022. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/18/2024 By: /s/ Erik A. Ahlgren

Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1975 Lund | 1129-000 | $651.50 |
| Cell phone -$100 Iphone - $350 Smart watch - $75 Xbox One - $50 Wii - $50 Computer & monitor - $400 Laptop computer - $5 | 1129-000 | $1,000.00 |
| 2022 tax refunds | 1224-000 | $2,662.00 |
| Earned but unpaid wages | 1229-000 | $312.00 |
| State Farm Whole life policy: Brandon Kleven | 1229-000 | $380.25 |
| State Farm Whole life policy: Kama Kleven | 1229-000 | $656.25 |
| **TOTAL GROSS RECEIPTS** | | $5,662.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Magnifi Financial Credit Union | 4210-000 | $7,707.00 | $7,752.99 | $7,752.99 | $0.00 |
| 14 | Granite Bank | 4210-000 | $24,461.00 | $25,249.58 | $25,249.58 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $32,168.00 | $33,002.57 | $33,002.57 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Erik Ahlgren, Trustee | 2100-000 | NA | $1,316.20 | $1,316.20 | $1,316.20 |
| Erik Ahlgren, Trustee | 2200-000 | NA | $149.22 | $149.22 | $149.22 |
| TriState Capital Bank | 2600-000 | NA | $40.60 | $40.60 | $40.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,506.02 | $1,506.02 | $1,506.02 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Swift Financial LLC as servicing agent for WebBank | 7100-000 | $0.00 | $20,268.86 | $20,268.86 | $598.00 |
| 2 | Discover Bank Discover Products Inc | 7100-000 | $5,801.00 | $6,139.37 | $6,139.37 | $181.13 |
| 3 | Discover Bank Discover Products Inc | 7100-000 | $4,174.00 | $4,290.41 | $4,290.41 | $126.58 |
| 4 | LendingClub Bank, NA | 7100-000 | $8,966.00 | $9,110.20 | $9,110.20 | $268.79 |
| 5 | Wells Fargo Bank, N.A. | 7100-000 | $1,189.00 | $1,158.53 | $1,158.53 | $34.18 |
| 6 | Wells Fargo Bank, N.A. | 7100-000 | $4,680.00 | $5,410.38 | $5,410.38 | $159.63 |
| 7 | Upstart Network, Inc | 7100-000 | $51,688.00 | $53,964.56 | $53,964.56 | $1,592.17 |
| 8 | Citibank, N.A. | 7100-000 | $2,554.00 | $2,642.58 | $2,642.58 | $77.97 |
| 9 | Capital One N.A. by American InfoSource as agent | 7100-000 | $5,595.00 | $5,719.80 | $5,719.80 | $168.76 |
| 10 | Capital One N.A. by American InfoSource as agent | 7100-000 | $1,851.00 | $1,972.90 | $1,972.90 | $58.21 |
| 11 | Citibank, N.A. | 7100-000 | $1,677.00 | $1,758.64 | $1,758.64 | $51.89 |
| 12 | Citibank, N.A. | 7100-000 | $6,138.00 | $6,327.78 | $6,327.78 | $186.69 |
| 15 | Wells Fargo Bank, N.A. Wells Fargo Card Services | 7100-000 | $1,841.00 | $1,922.91 | $1,922.91 | $56.73 |
| 16 | Wells Fargo Bank, N.A. Wells Fargo Card Services | 7100-000 | $1,872.00 | $2,046.35 | $2,046.35 | $60.38 |
| 17 | Wells Fargo Bank, N.A. | 7100-000 | $929.00 | $1,273.45 | $1,273.45 | $37.57 |
| 18 | U.S. Bank National Association Bankruptcy Department | 7100-000 | $655.00 | $626.53 | $626.53 | $18.49 |
| 19 | Quantum3 Group LLC as agent for Mercury Financial/First Bank & Trust | 7100-000 | $7,805.00 | $8,232.55 | $8,232.55 | $242.89 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | $87.00 | $155.13 | $155.13 | $4.58 |
| 22 | Jefferson Capital Systems LLC | 7100-000 | $3,734.00 | $3,855.67 | $3,855.67 | $113.76 |
| 23 | Jefferson Capital Systems LLC | 7100-000 | $3,776.00 | $3,985.22 | $3,985.22 | $117.58 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $115,012.00 | $140,861.82 | $140,861.82 | $4,155.98 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES



Exhibit 8

**Case No.:** 22-60394-MER
**Case Name:** KLEVEN, BRANDON B AND KLEVEN, KARNA A
**For the Period Ending:** 7/18/2024

**Trustee Name:** Erik A. Ahlgren
**Date Filed (f) or Converted (c):** 11/17/2022 (f)
**§341(a) Meeting Date:** 12/22/2022
**Claims Bar Date:** 03/31/2023

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 16438 TTT Road, Eden Valley, MN 55329-0000, Stearns County | $337,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 2 | 2017 Ford F-350, 60,000 miles | $56,446.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 3 | 2021 Dodge Durango, 33,000 miles | $44,792.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 4 | Kubota BX-2380 | $10,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 5 | 1975 Lund | $750.00 | $651.50 | | $651.50 | FA |
| **Asset Notes:** | | | | | | |
| 6 | 2021 Can-Am Outlander | $7,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 7 | 2019 Passport 2950BH | $27,986.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 8 | Household goods and furnishings | $3,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 9 | Cell phone -$100 Iphone - $350 Smart watch - $75 Xbox One - $50 Wii - $50 Computer & monitor - $400 Laptop computer - $500 Printer-$100 | $1,625.00 | $1,000.00 | | $1,000.00 | FA |
| **Asset Notes:** | | | | | | |
| 10 | Clothing | $1,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 11 | Wedding ring | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 12 | Wedding ring | $1,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 13 | Cash | $10.00 | $10.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | |
| 14 | Checking: Wells Fargo xxx9563 | $0.00 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 22-60394-MER | **Trustee Name:** | Erik A. Ahlgren |
| **Case Name:** | KLEVEN, BRANDON B AND KLEVEN, KARNA A | **Date Filed (f) or Converted (c):** | 11/17/2022 (f) |
| **For the Period Ending:** | 7/18/2024 | **§341(a) Meeting Date:** | 12/22/2022 |
| | | **Claims Bar Date:** | 03/31/2023 |

| 1 | | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Asset Notes:** | | | | | | | |
| **Ref. #** | | | | | | | |
| 15 | Checking account: Magnifi xxx5085 | | $0.86 | $0.86 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 16 | Checking: Home State Bank xxx4224 | | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 17 | Savings: Magnifi XXX fbo son | | $0.84 | $0.84 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 18 | Savings: Magnifi XXX fbo daughter | | $0.72 | $0.72 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 19 | Savings: Magnifi Financial xxx5085 | | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 20 | Kleven's Toolbox LLC Liabilities exceed assets, 100% ownership | | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 21 | Kama Kleven Insurance LLC Flow-through entity -- nominal value, 100% ownership | | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 22 | Simple IRA: Farmers Financial | | $4,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 23 | 2022 tax refunds | **(u)** | $8,000.00 | $2,622.00 | | $2,662.00 | FA |
| 24 | Farmers Insurance 20 year term life: Brandon Kleven | **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 25 | Farmers Insurance Whole life policy on child: Kama Kleven | **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 26 | State Farm Whole life policy: Kama Kleven | **(u)** | $688.47 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 27 | State Farm Whole life policy: Brandon Kleven | **(u)** | $380.25 | $380.25 | | $380.25 | FA |
| **Asset Notes:** | | | | | | | |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 22-60394-MER
**Case Name:** KLEVEN, BRANDON B AND KLEVEN, KARNA A
**For the Period Ending:** 7/18/2024

**Trustee Name:** Erik A. Ahlgren
**Date Filed (f) or Converted (c):** 11/17/2022 (f)
**§341(a) Meeting Date:** 12/22/2022
**Claims Bar Date:** 03/31/2023

| 1 | | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 28 | Prudential Life Whole life policy: Brandon Kleven | (u) | $2,810.96 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 29 | Farmers Insurance 20 year term life: Kama Kleven | (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 30 | Farmers Insurance Whole life policy on child: Kama Kleven | (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | | | | | | | |
| 31 | State Farm Whole life policy: Kama Kleven | (u) | $656.25 | $656.25 | | $656.25 | FA |
| **Asset Notes:** | | | | | | | |
| 32 | Earned but unpaid wages | (u) | $1,249.00 | $312.00 | | $312.00 | FA |
| **Asset Notes:** | | | | | | | |
| **TOTALS (Excluding unknown value)** | | | **$510,096.35** | **$5,634.42** | | **$5,662.00** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**

filed nfr
FILED REPORT OF TRUSTEE
email to DA and debtors asking if tax refunds have been received.

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 22-60394-MER
**Case Name:** KLEVEN, BRANDON B AND KLEVEN, KARNA A
**For the Period Ending:** 7/18/2024

**Trustee Name:** Erik A. Ahlgren
**Date Filed (f) or Converted (c):** 11/17/2022 (f)
**§341(a) Meeting Date:** 12/22/2022
**Claims Bar Date:** 03/31/2023

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

12-26-22 T email to DA req docs re security interest inn :2021 CanAm, 2020 BX-2380; whole life insurance statement and business bank statements-
12-27-22 sent tax intercept- filed notice of assets
1-19-23 T email to National Bky Services re Kubota equipment and proof of perfection
1-20-23 recvd CMCU note and Mies Outland invoice for purchase of Can Am
1-24-23 debtors filed amended schedule C
2-4-23 T email to creditor re security interest of Kubota; email to DA re non exempt assets
2-27-23 filed notice of sale
3-31-23 email to DA re status of tax returns; received reply, that extension has been filed
6-1-23 email to Da re status of tax returns
8-7-23 email asking for update on tax returns
10-12-2023 recvd tax returns
10-16-23 reviewed tax returns and calculated pro rata refunds to be remitted to bankruptcy estate

**Initial Projected Date Of Final Report (TFR):** 11/30/2023 **Current Projected Date Of Final Report (TFR):** 02/29/2024

/s/ ERIK A. AHLGREN

ERIK A. AHLGREN

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 22-60394-MER | **Trustee Name:** | Erik A. Ahlgren |
| **Case Name:** | KLEVEN, BRANDON B AND KLEVEN, KARNA A | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***8452 | **Checking Acct #:** | ******9401 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 11/17/2022 | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 7/18/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 11/10/2023 | | Veritex Community Bank | Transfer Funds | 9999-000 | $2,959.40 | | $2,959.40 |
| 01/29/2024 | (23) | KARNA KLEVEN | tax refunds | 1224-000 | $2,662.00 | | $5,621.40 |
| 03/28/2024 | 5001 | Erik Ahlgren | Trustee Expenses | 2200-000 | | $149.22 | $5,472.18 |
| 03/28/2024 | 5002 | Erik Ahlgren | Trustee Compensation | 2100-000 | | $1,316.20 | $4,155.98 |
| 03/28/2024 | 5003 | Swift Financial LLC as servicing agent for WebBank | Claim #: 1; Amount Allowed: 20,268.86; Distribution Dividend: 2.95; Amount Claimed: 20,268.86; Account Number: 1918; | 7100-000 | | $598.00 | $3,557.98 |
| 03/28/2024 | 5004 | Discover Bank Discover Products Inc | Claim #: 2; Amount Allowed: 6,139.37; Distribution Dividend: 2.95; Amount Claimed: 6,139.37; Account Number: 8645; | 7100-000 | | $181.13 | $3,376.85 |
| 03/28/2024 | 5005 | Discover Bank Discover Products Inc | Claim #: 3; Amount Allowed: 4,290.41; Distribution Dividend: 2.95; Amount Claimed: 4,290.41; Account Number: 7063; | 7100-000 | | $126.58 | $3,250.27 |
| 03/28/2024 | 5006 | LendingClub Bank, NA | Claim #: 4; Amount Allowed: 9,110.20; Distribution Dividend: 2.95; Amount Claimed: 9,110.20; Account Number: 2159; | 7100-000 | | $268.79 | $2,981.48 |
| 03/28/2024 | 5007 | Wells Fargo Bank N.A. | Claim #: 5; Amount Allowed: 1,158.53; Distribution Dividend: 2.95; Amount Claimed: 1,158.53; Account Number: 1990; | 7100-000 | | $34.18 | $2,947.30 |
| 03/28/2024 | 5008 | Wells Fargo Bank N.A. | Claim #: 6; Amount Allowed: 5,410.38; Distribution Dividend: 2.95; Amount Claimed: 5,410.38; Account Number: 9739; | 7100-000 | | $159.63 | $2,787.67 |
| 03/28/2024 | 5009 | Upstart Network, Inc | Claim #: 7; Amount Allowed: 53,964.56; Distribution Dividend: 2.95; Amount Claimed: 53,964.56; Account Number: 5003; | 7100-000 | | $1,592.17 | $1,195.50 |
| 03/28/2024 | 5010 | Citibank, N.A. | Claim #: 8; Amount Allowed: 2,642.58; Distribution Dividend: 2.95; Amount Claimed: 2,642.58; Account Number: 7184; | 7100-000 | | $77.97 | $1,117.53 |
| 03/28/2024 | 5011 | Capital One N.A. by American InfoSource as agent | Claim #: 9; Amount Allowed: 5,719.80; Distribution Dividend: 2.95; Amount Claimed: 5,719.80; Account Number: 8633; | 7100-000 | | $168.76 | $948.77 |
| | | | | **SUBTOTALS** | $5,621.40 | $4,672.63 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 22-60394-MER | **Trustee Name:** | Erik A. Ahlgren |
| **Case Name:** | KLEVEN, BRANDON B AND KLEVEN, KARNA A | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***8452 | **Checking Acct #:** | ******9401 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 11/17/2022 | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 7/18/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/28/2024 | 5012 | Capital One N.A. by American InfoSource as agent | Claim #: 10; Amount Allowed: 1,972.90; Distribution Dividend: 2.95; Amount Claimed: 1,972.90; Account Number: 9701; | 7100-000 | | $58.21 | $890.56 |
| 03/28/2024 | 5013 | Citibank, N.A. | Claim #: 11; Amount Allowed: 1,758.64; Distribution Dividend: 2.95; Amount Claimed: 1,758.64; Account Number: 8887 best buy; | 7100-000 | | $51.89 | $838.67 |
| 03/28/2024 | 5014 | Citibank, N.A. | Claim #: 12; Amount Allowed: 6,327.78; Distribution Dividend: 2.95; Amount Claimed: 6,327.78; Account Number: 3263 sears; | 7100-000 | | $186.69 | $651.98 |
| 03/28/2024 | 5015 | Wells Fargo Bank N.A. | Claim #: 15; Amount Allowed: 1,922.91; Distribution Dividend: 2.95; Amount Claimed: 1,922.91; Account Number: 642410005; | 7100-000 | | $56.73 | $595.25 |
| 03/28/2024 | 5016 | Wells Fargo Bank N.A. | Claim #: 16; Amount Allowed: 2,046.35; Distribution Dividend: 2.95; Amount Claimed: 2,046.35; Account Number: 642588179; | 7100-000 | | $60.38 | $534.87 |
| 03/28/2024 | 5017 | Wells Fargo Bank N.A. | Claim #: 17; Amount Allowed: 1,273.45; Distribution Dividend: 2.95; Amount Claimed: 1,273.45; Account Number: 642587932; | 7100-000 | | $37.57 | $497.30 |
| 03/28/2024 | 5018 | U.S. Bank N.A. | Claim #: 18; Amount Allowed: 626.53; Distribution Dividend: 2.95; Amount Claimed: 626.53; Account Number: 6217; | 7100-000 | | $18.49 | $478.81 |
| 03/28/2024 | 5019 | Quantum3 Group LLC | Claim #: 19; Amount Allowed: 8,232.55; Distribution Dividend: 2.95; Amount Claimed: 8,232.55; Account Number: 7470 mercury; | 7100-000 | | $242.89 | $235.92 |
| 03/28/2024 | 5020 | Quantum3 Group LLC | Claim #: 20; Amount Allowed: 155.13; Distribution Dividend: 2.95; Amount Claimed: 155.13; Account Number: 8444 comenity; | 7100-000 | | $4.58 | $231.34 |
| 03/28/2024 | 5021 | Jefferson Capital Systems LLC | Claim #: 22; Amount Allowed: 3,855.67; Distribution Dividend: 2.95; Amount Claimed: 3,855.67; Account Number: 4750 syn; | 7100-000 | | $113.76 | $117.58 |

| | | |
|---|---|---|
| **SUBTOTALS** | $0.00 | $831.19 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 22-60394-MER | **Trustee Name:** | Erik A. Ahlgren |
| **Case Name:** | KLEVEN, BRANDON B AND KLEVEN, KARNA A | **Bank Name:** | Veritex Community Bank |
| **Primary Taxpayer ID #:** | **-***8452 | **Checking Acct #:** | ******9401 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 11/17/2022 | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 7/18/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 03/28/2024 | 5022 | Jefferson Capital Systems LLC | Claim #: 23; Amount Allowed: 3,985.22; Distribution Dividend: 2.95; Amount Claimed: 3,985.22; Account Number: 9997 syn care credit; | 7100-000 | | $117.58 | $0.00 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $5,621.40 | $5,621.40 | $0.00 |
| **Less: Bank transfers/CDs** | $2,959.40 | $0.00 | |
| **Subtotal** | $2,662.00 | $5,621.40 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $2,662.00 | $5,621.40 | |

**For the period of 11/17/2022 to 7/18/2024**

| | |
|---|---|
| Total Compensable Receipts: | $2,662.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,662.00 |
| Total Internal/Transfer Receipts: | $2,959.40 |
| Total Compensable Disbursements: | $5,621.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,621.40 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/10/2023 to 7/18/2024**

| | |
|---|---|
| Total Compensable Receipts: | $2,662.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,662.00 |
| Total Internal/Transfer Receipts: | $2,959.40 |
| Total Compensable Disbursements: | $5,621.40 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,621.40 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

 Exhibit 9

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 22-60394-MER | **Trustee Name:** | Erik A. Ahlgren |
| **Case Name:** | KLEVEN, BRANDON B AND KLEVEN, KARNA A | **Bank Name:** | TriState Capital Bank |
| **Primary Taxpayer ID #:** | **-***8452 | **Checking Acct #:** | ******5135 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 11/17/2022 | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 7/18/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 04/03/2023 | | Brandon Kleven | non exempt assets | | * | $1,500.00 | | $1,500.00 |
| | {5} | | boat | $151.50 | 1129-000 | | | $1,500.00 |
| | {27} | | life insurance | $380.25 | 1229-000 | | | $1,500.00 |
| | {31} | | life insurance | $656.25 | 1229-000 | | | $1,500.00 |
| | {32} | | wages | $312.00 | 1229-000 | | | $1,500.00 |
| 04/10/2023 | | Karna Kleven | non exempt assets | | * | $1,500.00 | | $3,000.00 |
| | {5} | | boat | $500.00 | 1129-000 | | | $3,000.00 |
| | {9} | | cell phone | $1,000.00 | 1129-000 | | | $3,000.00 |
| 04/28/2023 | | TriState Capital Bank | Bank and Technology Services Fees | | 2600-000 | | $5.00 | $2,995.00 |
| 05/31/2023 | | TriState Capital Bank | Bank and Technology Services Fees | | 2600-000 | | $5.28 | $2,989.72 |
| 06/30/2023 | | TriState Capital Bank | Bank and Technology Services Fees | | 2600-000 | | $5.00 | $2,984.72 |
| 07/31/2023 | | TriState Capital Bank | Bank and Technology Services Fees | | 2600-000 | | $5.00 | $2,979.72 |
| 08/31/2023 | | TriState Capital Bank | Bank and Technology Services Fees | | 2600-000 | | $5.25 | $2,974.47 |
| 09/29/2023 | | TriState Capital Bank | Bank and Technology Services Fees | | 2600-000 | | $5.00 | $2,969.47 |
| 10/31/2023 | | TriState Capital Bank | Bank and Technology Services Fees | | 2600-000 | | $5.07 | $2,964.40 |
| 11/10/2023 | | TriState Capital Bank | Bank Service Fee | | 2600-000 | | $5.00 | $2,959.40 |
| 11/10/2023 | | TriState Capital Bank | Transfer Funds | | 9999-000 | | $2,959.40 | $0.00 |
| | | | | | **SUBTOTALS** | $3,000.00 | $3,000.00 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 22-60394-MER | **Trustee Name:** | Erik A. Ahlgren |
| **Case Name:** | KLEVEN, BRANDON B AND KLEVEN, KARNA A | **Bank Name:** | TriState Capital Bank |
| **Primary Taxpayer ID #:** | **-***8452 | **Checking Acct #:** | ******5135 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 11/17/2022 | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 7/18/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $3,000.00 | $3,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $2,959.40 | |
| | | | **Subtotal** | | $3,000.00 | $40.60 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,000.00 | $40.60 | |

**For the period of 11/17/2022 to 7/18/2024**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $40.60 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40.60 |
| Total Internal/Transfer Disbursements: | $2,959.40 |

**For the entire history of the account between 04/03/2023 to 7/18/2024**

| | |
|---|---|
| Total Compensable Receipts: | $3,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $40.60 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $40.60 |
| Total Internal/Transfer Disbursements: | $2,959.40 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 22-60394-MER | **Trustee Name:** | Erik A. Ahlgren |
| **Case Name:** | KLEVEN, BRANDON B AND KLEVEN, KARNA A | **Bank Name:** | TriState Capital Bank |
| **Primary Taxpayer ID #:** | **-***8452 | **Checking Acct #:** | ******5135 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Checking |
| **For Period Beginning:** | 11/17/2022 | **Blanket bond (per case limit):** | $0.00 |
| **For Period Ending:** | 7/18/2024 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $5,662.00 | $5,662.00 | $0.00 |

**For the period of 11/17/2022 to 7/18/2024**

| | |
|---|---|
| Total Compensable Receipts: | $5,662.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,662.00 |
| Total Internal/Transfer Receipts: | $2,959.40 |
| Total Compensable Disbursements: | $5,662.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,662.00 |
| Total Internal/Transfer Disbursements: | $2,959.40 |

**For the entire history of the case between 11/17/2022 to 7/18/2024**

| | |
|---|---|
| Total Compensable Receipts: | $5,662.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,662.00 |
| Total Internal/Transfer Receipts: | $2,959.40 |
| Total Compensable Disbursements: | $5,662.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,662.00 |
| Total Internal/Transfer Disbursements: | $2,959.40 |

/s/ ERIK A. AHLGREN

ERIK A. AHLGREN